10530.    ENGLISH *et al. v.* ROSENKRANTZ.

STEPHENS, J.   In accordance with the answer of the Supreme Court
to a certified question in this case (*English v. Rosenkrantz,* 150 *Ga.* 745,
105 S. E. 292), the writ of error is dismissed.

*Writ of error dismissed.   Jenkins, P. J., and Hill, J., concur.*

DECIDED JANUARY 20, 1921.

Action on contract; from Fulton superior court — Judge Pen-
dleton.   February 11, 1919.

*Brewster, Howell & Heyman, Mark Bolding,* for plaintiffs in
error.

*Van Astor Batchelor, King & Spalding, John A. Sibley,* contra.

---

10584.    ROSS *v.* GARRAUX, executor.

STEPHENS, J.   This court having held that the trial judge erred in
dismissing the plaintiff's motion for a new trial upon the ground that
the movant had not presented for approval a brief of the evidence
within the time allowed by law (*Ross v. Garraux,* 24 *Ga. App.* 601,
101 S. E. 700), and the Supreme Court on certiorari having reversed
this judgment (*Garraux v. Ross,* 150 Ga. 645, 104 S. E. 907), the judg-
ment of reversal originally rendered by this court must be vacated,
and the judgment of the trial court affirmed.

*Judgment affirmed.   Jenkins, P. J., and Hill, J., concur.*

DECIDED JANUARY 20, 1921.

Motion for new trial; from city court of Atlanta — Judge Reid.
March 18, 1919.

*Hill & Adams,* for plaintiff.

*James E. Warren, Brewster, Howell & Heyman,* for defendant.